UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

(Boston Division)

| | |
|---|---|
| JAMES GOODREAU AND <br> ANN GOODREAU <br><br> - vs. - <br><br> ICS, BLOUNT INC. | C. A. NO. 05 11611 WGY |

### ENTRY OF APPEARANCE

I, John F. Kelleher, of Higgins, Cavanagh & Cooney, LLP, hereby enter my appearance on behalf of defendant, Blount, Inc., in the above entitled matter.

> Defendant,
> BLOUNT, INC.,
> By its attorneys,
> HIGGINS, CAVANAGH & COONEY, LLP
>
> _____
> John F. Kelleher (BBO No. 600176)
> The Hay Building, 4th Floor
> 123 Dyer Street
> Providence, RI 02903-3987
> Telephone: 800-274-5299
>            401-272-3500 (Ext. 117)
> Facsimile: 401-273-8780
> E-Mail:    jkelleher@hcc-law.com

### CERTIFICATION

I hereby certify that a copy of the within Entry of Appearance was mailed, postage prepaid, to Brian C. Dever, Esq., KECHES & MALLEN, P.C., 122 Dean Street, Taunton, Massachusetts 02780, on this **2nd** day of August, 2005.

_____
John F. Kelleher

- 2 -