UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

(Boston Division)

| | |
|---|---|
| JAMES GOODREAU AND<br>ANN GOODREAU<br><br>- vs. -<br><br>ICS, BLOUNT INC. | C. A. NO. 05-11611 WGY |

### ENTRY OF APPEARANCE

I, Gerald C. DeMaria, of Higgins, Cavanagh & Cooney, LLP, hereby enter my appearance on behalf of defendant, Blount, Inc., in the above entitled matter.

>Defendant,
>BLOUNT, INC.,
>By its attorneys,
>HIGGINS, CAVANAGH & COONEY, LLP
>
>_(signature)_
>Gerald C. DeMaria (BBO No. 549381)
>The Hay Building, 4th Floor
>123 Dyer Street
>Providence, RI 02903-3987
>Telephone: 800-274-5299
>            401-272-3500 (Ext. 134)
>Facsimile:  401-273-8780
>E-Mail:     gdemaria@hcc-law.com

### CERTIFICATION

I hereby certify that a copy of the within Entry of Appearance was mailed, postage prepaid, to Brian C. Dever, Esq., KECHES & MALLEN, P.C., 122 Dean Street, Taunton, Massachusetts 02780, on this __2nd__ day of August, 2005.

>_(signature)_
>Gerald C. DeMaria

-2-