UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS
(Boston Division)

| | |
|---|---|
| JAMES GOODREAU AND ANN GOODREAU )<br>)<br>- vs. - )<br>)<br>ICS, BLOUNT INC. )<br>) | C. A. NO. 05 11611 WGY |

## VERIFICATION

I, **JOHN F. KELLEHER**, of the Town of North Attleboro, Commonwealth of Massachusetts, upon oath depose and say as follows:

**1.** That I am an attorney duly licensed to practice law in the courts of the State of Rhode Island and the Commonwealth of Massachusetts and I am admitted to practice in the United States District Court for the Districts of Rhode Island and Massachusetts;

**2.** That I am attorney for and have entered an appearance in the above entitled matter for defendant herein Blount, Inc.; and

**3.** That I have read the foregoing notice of removal and know the contents thereof and believe the contents thereof to be true, to the best of my information and belief.

_____
JOHN F. KELLEHER
(BBO #600176)

Subscribed and sworn to before me at Providence, Rhode Island, this 29th day of July, 2005.

_____
NOTARY PUBLIC
My Commission Expires: 6/28/2009

## CERTIFICATION

I hereby certify that a copy of the within Verification was mailed, postage prepaid, to Brian C. Dever, Esq., KECHES & MALLEN, P.C., 122 Dean Street, Taunton, Massachusetts 02780, on this ___1___ day of August, 2005.

_____
Gerald C. DeMaria