UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES GOODREAU AND ANN GOODREAU <br><br> -VS.- <br><br> ICS, BLOUNT INC. | C.A. No. 05-11611 WGY |

## ENTRY OF APPEARANCE

In the above-entitled matter it is hereby agreed that the following entry be made:

I, Gerald C. DeMaria hereby enter my appearance as co-trial counsel for defendant Blount, Inc., in the above-entitled matter.

/s/ Gerald C. DeMaria                           Date: October 6, 2005
Gerald C. DeMaria (BBO No. 549381)
HIGGINS, CAVANAGH & COONEY
The Hay Building
123 Dyer Street
Providence, RI 02903
Telephone:  (401) 272-3500
            (800) 274-5299
Facsimile:  (401) 273-8780
E-Mail:     gdemaria@hcc-law.com
Attorney for Defendant, Blount, Inc.

## CERTIFICATION

I hereby certify that a copy of the within document has been mailed, postage prepaid, to the following counsel of record this 6th day of October, 2005.

Brian C. Dever, Esq.
KECHES & MALLEN, P.C.
122 Dean Street
Taunton, MA 02780

/s/ Gerald C. DeMaria