UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES GOODREAU AND <br> ANN GOODREAU <br> <br> -VS.- <br> <br> ICS, BLOUNT INC. | C.A. No. 05-11611 WGY |

**BLOUNT, INC.'S CERTIFICATION PURSUANT
TO LOCAL RULE 16.1(D)(3)**

Defendant, Blount, Inc., by and through its counsel and by and through its authorized representative, affirm and represent to the court that each has conferred with the other:

(a) with a view to establishing a budget for the cost of conducting the full course - and various alternative courses - of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR16.4.

/s/ Gerald C. DeMaria                            Date: October 6, 2005
Gerald C. DeMaria (BBO No. 549381)
HIGGINS, CAVANAGH & COONEY
The Hay Building, 123 Dyer Street
Providence, RI 02903
Telephone: (401) 272-3500
Facsimile: (401) 273-8780
E-Mail:    gdemaria@hcc-law.com
Attorney for Defendant, Blount, Inc.

1

_____   Date 9-26-05
Jake VanderZanden
BLOUNT, INC.
Oregon Cutting Systems Division
4909 Southeast International Way
P.O. Box 22127
Portland, OR 97222-0080
Telephone: (503) 653-4237
Authorized Representative
Blount, Inc.

## CERTIFICATION

    I hereby certify that a copy of the within document has been mailed, postage prepaid, to the following counsel of record this 6th day of October, 2005.

Brian C. Dever, Esq.
KECHES & MALLEN, P.C.
122 Dean Street
Taunton, MA 02780

/s/ Gerald C. DeMaria