UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES GOODREAU AND<br>ANN GOODREAU<br><br>-VS.-<br><br>ICS, BLOUNT INC. | C.A. No. 05-11611 WGY |

**STATEMENT OF THE DEFENDANT**
**PURSUANT TO LOCAL RULE 16.1,**
**SECTIONS (B), (C), and (D)**

INTRODUCTION

Defendant's counsel has been unsuccessful in attempting to communicate with plaintiff's counsel concerning the subject matter of this statement and the scheduling conference. Accordingly, this is the defendant's statement pursuant to the applicable local rule.

I. AGENDA OF MATTERS FOR DISCUSSION AT SCHEDULING CONFERENCE:

   1. The proposed Pre-Trial schedule; and
   2. Time for accomplishment of the specified Pre-Trial Steps.

II. PROPOSED PRE-TRIAL SCHEDULE:

   The defendant proposes that discovery occur as follows:

**Initial Disclosures Will Be Exchanged:**
January 8, 2006

**Deadline For Parties to Exchange Written Discovery:**
No later than March 6, 2006

**Deadline For Motion To Change Venue, Joinder Of Parties And Amendment Of Pleadings:**
May 6, 2006

**Non-Expert Depositions To Be Completed On Or Before:**
July 31, 2006

**Plaintiff Shall Designate Experts And Provide Rule 26(a)(2) Information On Or Before:**
September 6, 2006

**Defendant Shall Designate Experts and Provide Rule 26(a)(2) Information On Or Before:**
November 6, 2006

**Expert Depositions To Be Completed On Or Before:**
December 6, 2006

**Deadline To Complete Discovery:**
December 6, 2006

III. **SCHEDULE FOR MOTION AND PRE-TRIAL CONFERENCE**

**All Motions For Summary Judgment F.R.C.P. 56 To Be Filed On Or Before:**
January 6, 2007

**Joint Pre-trial Conference Statement To Be Filed On Or Before:**
February 6, 2007

**Trial:**
March 6, 2007

IV. **SETTLEMENT PROPOSALS:**
No information concerning plaintiff's accident, basis for alleged liability, or damages have been received by defendant's counsel. No settlement proposal has been made.

V. **ADR OPTIONS:**
Directly after the conclusion of discovery, after first attempting to settle the case through their efforts.

VI. **CONSENT TO TRIAL BY MAGISTRATE:**
At this time, the defendant does not consent to a trial of this matter by a Magistrate Judge.

VII. **CERTIFICATIONS:**
Filed herewith.

VIII. **PRESENT DISCOVERY DISPUTE:**
Written discovery was served upon plaintiff September 6, 2005. Defendant awaits responses.


Defendant, Blount, Inc.

By Its Attorneys,


/s/ Gerald C. DeMaria
Gerald C. DeMaria (BBO No. 549381)
HIGGINS, CAVANAGH & COONEY
The Hay Building
123 Dyer Street
Providence, RI 02903
Telephone:  (401) 272-3500
            (800) 274-5299
Facsimile:  (401) 273-8780
E-Mail:     gdemaria@hcc-law.com

## CERTIFICATION

I hereby certify that a copy of the within document has been mailed, postage prepaid, to the following counsel of record this 6th day of October, 2005.

Brian C. Dever, Esq.
KECHES & MALLEN, P.C.
122 Dean Street
Taunton, MA 02780

/s/ Gerald C. DeMaria