UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JAMES GOODREAU and** | ) |
| **ANN GOODREAU** | ) |
| *Plaintiffs* | ) |
| v. | ) CIVIL ACTION NO: 05-11611-WGY |
| | ) |
| **ICS BLOUNT INC.** | ) |
| *Defendant* | ) |

### AFFIDAVIT OF BRIAN C. DEVER, ESQUIRE

1. On or about July 15, 2005, pursuant to G.L. Ch. 223A, §6, I mailed an original Summons along with a copy of the Complaint and Jury Demand and Civil Action Cover Sheet to the above-named defendant, at 4909 S.E. International Way, Portland Oregon, via certified mail/return receipt requested No: 7001 1940 0006 8944 3840, as evidenced by the attached copy of said correspondence;

2. On or about July 22, 2005, I received return receipt No: 7001 1940 0006 8944 3840, signed by one Sandy Cleveland, with a date of delivery of July 19, 2005, as evidenced by the return receipt card attached hereto.

SIGNED and sworn to under the pains and penalties of perjury this 6th day of October, 2005.

Respectfully submitted,
The Plaintiff,
By their Attorney,

_____
Brian C. Dever-BBO #544203
KECHES & MALLEN, P.C.
122 Dean Street
Taunton, MA  02780
(508) 822-2000

## CERTIFICATE OF SERVICE

    I, Brian C. Dever, Esquire, of the Law Firm of Keches & Mallen, P.C., attorney for the plaintiffs in this action, hereby certify that on the 6th day of October, 2005, I forwarded a copy of the foregoing AFFIDAVIT OF BRIAN C. DEVER, ESQ. by mailing, first class, postage prepaid, to the following counsel of record:

Gerald C. DeMaria, Esq.
Higgins, Cavanagh & Cooney, LLP
The Hay Building
123 Dyer Street
Providence, RI 02903-3987

_____
Brian C. Dever, Esq.-BBO #544203
KECHES & MALLEN, P.C.
122 Dean Street
Taunton, MA 02780
Tel. No: (508) 822-2000

# KECHES & MALLEN, P.C.
**ATTORNEYS AT LAW**
122 Dean Street
Taunton, MA 02780
(508) 822-2000
Fax (508) 822-8022
*www.keches-mallen.com*

| | | |
|---|---|---|
| George N. Keches | Kathy Jo Cook | |
| Richard T. Mallen | Claudine A. Cloutier* | |
| Joseph F. Agnelli, Jr. | Karen S. Hambleton | |
| Brian C. Cloherty | Seth J. Elin | |
| Brian C. Dever | Matthew F. King | |
| Judith B. Gray** | Ernest J. Palazzolo, Jr. | |
| Charlotte E. Glinka | Mark D. Warcup | |
| | Daniel M. Surprenant | |
| *Of Counsel* | | |
| Ann Marie Maguire | Gregg J. Pasquale | |
| | Melissa A. White | |

DIRECT ALL CORRESPONDENCE TO THE TAUNTON OFFICE

**BOSTON OFFICE**
141 Tremont Street, 6th Floor
Boston, MA 02111
(617) 426-7900

**FALL RIVER OFFICE**
321 North Main Street
Fall River, MA 02721
(508) 676-7900

**WORCESTER OFFICE**
41 Elm Street
Worcester, MA 01609
(508) 798-7900

**NEW BEDFORD OFFICE**
167 William Street
New Bedford, MA 02740
(508) 994-7900

*Admitted in Massachusetts and Rhode Island
**Admitted in Massachusetts, Rhode Island and Connecticut

July 15, 2005

CERTIFIED MAIL-RRR NO: 7001 1940 0006 8944 3840
ICS, Blount, Inc.
4909 SE International Way
Portland, Oregon

Re:   James Goodreau, et al. v. ICS, Blount, Inc.
      Plymouth Superior Court Civil Action No: PLCF2005-00787-B

Gentlemen:

On behalf of the plaintiffs in the above-captioned action, and pursuant to the provisions of Massachusetts General Laws, Chapter 223A, et seq., and the applicable provisions of Mass. R. Civ. P. 4(e), enclosed please find a copy of a Summons, together with a copy of a Complaint and Jury Demand, Civil Action Cover Sheet which have been duly filed in the Plymouth County Superior Court concerning the above-captioned case.

Please take notice that in accordance with this Summons and service of process, you have twenty (20) days after receipt of the enclosed Summons and Complaint and Jury Demand, exclusive of the day you receive same, within which to file your Answer to this Complaint and Jury Demand.

ICS, Blount, Inc.
July 13, 2005
Page 2

      This service of process is made in conjunction with the Long-Arm Statute for service upon out-of-state defendants.

      Please refer this matter to the immediate attention of your legal representative.

      Very truly yours,

      KECHES & MALLEN, P.C.

      Brian C. Dever

BCD:blw
Encls.

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   ICS Blount, INC.
   4909 SE International Way
   Portland, Oregon

A. Signature
☐ Agent
☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
Randy Cleveland   7/19

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7001 1740 0006 8944 3840

PS Form 3811, February 2004   Domestic Return Receipt