UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JAMES GOODREAU AND )   C.A. NO. 05-11611 WGY
ANN GODDREAU )
 )
VS. )
 )
 )
ICS, BLOUNT INC. )

### PLAINTIFFS' CERTIFICATION PURSUANT TO LOCAL RULE 16.1 (D) (3)

The Plaintiffs, James Goodreau and Ann Goudreau, by and through their counsel affirm and represent to the Court that each has conferred with the other:

(a)   with a view to establishing a budget for the cost of conducting the full course - and various alternative courses - of the litigation; and

(b)   to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR16.4

_____
Brian C. Dever
BBO #544203
KECHES & MALLEN, P.C.
122 Dean Street
Taunton, MA  02780
(508) 822-2000

Date: 10/14/05

_____
James Goodreau

_____
Ann Goodreau

## CERTIFICATE OF SERVICE

I, Brian C. Dever, Esquire, of the Law Firm of Keches & Mallen, P.C., attorney for the plaintiffs in this action, hereby certify that on the 20th day of October, 2005, I forwarded a copy of the foregoing PLAINTIFFS' CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3) by mailing, via 1st class mail, to the following counsel of record:

Gerald C. DeMaria, Esq.
Higgins, Cavanagh & Cooney, LLP
The Hay Building
123 Dyer Street
Providence, RI 02903-3987

Brian C. Dever, Esq.-BBO #544203
KECHES & MALLEN, P.C.
122 Dean Street
Taunton, MA 02780
Tel. No: (508) 822-2000