# United States District Court
# District of Massachusetts

JAMES GOODREAU,
ANN GOODREAU,
      Plaintiffs,

      v.                                CIVIL ACTION NO. 2005-11611-WGY

ICS, BLOUNT INC.,
      Defendant.

## *REPORT RE: REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION TO JUDGE*

COLLINGS, U.S.M.J.

    On October 6, 2006, I held the following ADR proceeding:

    \_\_\_\_\_ EARLY NEUTRAL EVALUATION    \_\_X\_\_ MEDIATION
    \_\_\_\_\_ MINI-TRIAL    \_\_\_\_\_ SUMMARY JURY TRIAL
    \_\_\_\_\_ SETTLEMENT CONFERENCE

Plaintiffs' and defendant's counsel participated; the plaintiffs were present.

[X]    The case was SETTLED; your Clerk should schedule a hearing on the approval of the settlement since it involves a workmen's comp lien.


October 6, 2006                        *Robert B. Collings*
DATE                                  ROBERT B. COLLINGS
                                      United States Magistrate Judge

Copy to:    Judge Young,
                Rebecca Tyler, Esquire,
                Counsel for all parties.